UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENNETH KAROL, an individual; and JANE KAROL, an individual,<br><br>                            Plaintiffs,<br><br>v.<br><br>OLD SECOND NATIONAL BANK,<br><br>                            Defendant. | Case No. 20-CV-04344<br><br>Honorable Charles P. Kocoras |

## **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD**

Nick Wooten and Nick Wooten, LLC, submits this Motion for Leave to Withdraw as Counsel for Plaintiffs in this cause pursuant to Local Rule 83.17:

1. I am currently one of the counsel of record for Plaintiffs in this matter.

2. This matter is presently stayed pending the Illinois Appellate Court's resolution of a related appeal.

3. Plaintiffs will continue to be represented in this matter by David R. Sweis, *Lead Counsel*, Sweis Law Firm, P.C.

4. Plaintiffs consent to the granting of this motion.

5. Mr. Wooten's withdrawal will not in any way delay this matter. No party will be prejudiced by the granting of this Motion.

WHEREFORE, Nick Wooten respectfully requests that this Court grant this Motion for Leave to Withdraw as Counsel for Plaintiffs in this matter.

Dated: August 2, 2021   Respectfully submitted,

*/s/ Nick Wooten*
Nick Wooten
NICK WOOTEN, LLC
5125 Burnt Pine Drive
Conway, Arkansas 72034
(833) 937-6389
nick@nickwooten.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 2, 2021 that I caused the foregoing Motion for Leave to Withdraw as Counsel of Record to be served upon all parties and counsel of record, via the Court's CM/ECF system.

                                        */s/ Nick Wooten*